STATE OF UTAH, RESPONDENT *v.* CHARLES E.
ALEXANDER, APPELLANT.

(Decided October 10, 1899.)

Appeal from the Fourth District Court, Wasatch
County, Hon. J. E. Booth, *Judge.*

On information in this case appellant was charged with
having stolen three cows in Wasatch county, in June,
1898. The only direct testimony as to venue offered at
the trial was that of Frank Clift, an accomplice, who
said, speaking of the cattle he and defendant stole, " They
were found in Summit county."

The defendant asked the court to instruct the jury as
follows:

" Before you can convict defendant in this case, you
must find from the evidence beyond a reasonable doubt
that the cattle in question were stolen in Wasatch county,
State of Utah." This request was refused and the court
instructed the jury, as follows:

"Before you can find the defendant guilty, you must
find beyond a reasonable doubt, that the crime was com-
mitted, if committed at all, in or near the county of
Wasatch, State of Utah."

"The court charges you that the statutes of this State
provide that where an offense is committed near the
boundary line between two counties; the jurisdiction of
the offense is in either county. I therefore charge you in
this case, that if you find from the evidence that the cattle
were stolen, if any were stolen, in Wasatch county, or

from some point near the boundary line between Wasatch county and Summit county, then under the statutes, the jurisdiction of the offense would be in Watsatch county; and if you find that the cattle in question were stolen by the defendant and taken as above stated, your verdict should be guilty as charged in the information."

These facts being confessed by the Attorney General on behalf of the State, and. the Attorney General further admitting error in the instruction given, the case is reversed and a new trial ordered by the court, no opinion being filed.

*A. C. Hatch, Esq.,* and *J. W. Whitecotton, Esq.,* for appellant.

*Hon. A. C. Bishop,* Attorney General, and *William A. Lee, Esq.,* Deputy Attorney General, for the State.